UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
<u>BROWNSVILLE DIVISION</u>

NO. B-04-085

United States District Court
Southern District of Texas
FILED

MAY 1 0 2004

Michael N. Milby
Clerk of Court

JOHN LEONARD FLOWERS JR.
PLAINTIFF

VS.

CITY OF HARLINGEN TEXAS, CONNIE DE LA GARZA
MAYOR, HARLINGEN CITY POLICE DEPARTMENT,
CHIEF BLAKE AND XYZ INSURANCE CO.
DEFENDANT(S)

PETITION FOR DAMAGES
DUE TO
CONSTITUTIONAL VIOLATION

BY: JOHN LEONARD FLOWERS
REG: 76937-079
P.O. BOX 26030
BEAUMONT, TEXAS 77720
6030

# TABLE OF CONTENTS

TABLE OF CONTENTS-------------------------------------------- i

PROVIONS LAW SUITS------------------------------------------ 1-2

EXHAUSTION OF ADMIN. REMEDIES------------------------------- 2

JURISDICTION------------------------------------------------ 3

JURISDICTION STATEMENT (CONT)------------------------------- 3A

PRELIMINARY STATEMENT--------------------------------------- 4

SUMMARY OF CLAIMS------------------------------------------- 5 A,B,C
[SEE ATTACHMENTS CLAIMS]

SUPPORTING FACTS-------------------------------------------- 5-6

REQUESTING FOR RELIEF--------------------------------------- 6

APPLICATION TO PROCEED,
FORMA PAUPERIS AND
SUPPORTING DOCUMENTATION------------------------------------ 7 A-B

CERTIFICATE OF SERVICE-------------------------------------- 8

JOHN LEONARD FLOWERS JR.
_____
Full Name

JOHN LEONARD FLOWERS JR.
_____
Committed Name (if different)

1117 SOUTH D. HARLINGEN, TEXAS 78550
_____
Full Address Including Name of Institution
UNITED STATES PENITENTIARY
P.O. BOX 26030
BEAUMONT, TEXAS 77720-6020

76937-079
_____
Prison Number (if applicable)

UNITED STATES DISTRICT COURT

JOHN LEONARD FLOWERS JR.

Plaintiff,

vs.
CITY OF HARLINGEN
HARLINGEN POLICE DEPARTMENT

Defendants(s).

Case No. CV **3-04-085**
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

[X] 42 U.S.C. § 1983.

or
[X] JURY TRIAL REQUESTED

☐ Bivens v. Six Unknown Agents
403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner:   ☐ Yes   [X] No

2) If your answer to A is yes, how many? __N/A__  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Page 1 of 6

a. Parties to this previous lawsuit:

   Plaintiff __N/A__

   Defendants __N/A__

b. Court __N/A__

c. Docket or case number __N/A__

d. Name of judge to whom case was assigned __N/A__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __N/A__

f. Issues raised: __N/A__

g. Approximate date of filing lawsuit __N/A__

h. Approximate date of disposition __N/A__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?
   ☐ Yes  ☒ No

2) Have you filed a grievance concerning the facts relating to your current complaint?
   ☐ Yes  ☒ No

   If your answer is no, explain why not __N/A__

3) Is the grievance procedure completed?
   ☐ Yes  ☒ No

If your answer is no, explain why not ___N/A___

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___JOHN LEONARD FLOWERS JR.___
(print plaintiff's name)

who presently resides at ___UNITED STATES PENITENTIARY P.O. BOX 26030 BEAUMONT, TEXAS 77720-6030___, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____

___1117 SOUTH D. HARLINGEN, TEXAS 78550___
(institution/city where violation occurred)

on (date or dates) ___MISUSE OF FORCE AND OR EXCESSIVE FORCE___, ___DENIAL OF DUE PROCESS___, ___VIOLATION OF CONSTITUTIONAL AMENDMENTS___
(Claim I)                           (Claim II)                           (Claim III)

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provi the information below if you are naming more than five (5) defendants.)

1) Defendant ___CITY OF HARLINGEN / MAYOR___ resides or works
(full name of first defendant)

___118 EAST TYLER HARLINGEN, TEXAS 78550___, and is employed
(full address of first defendant)

___MAYOR/ FOR THE CITY OF HARLINGEN___
(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:
___UNDER THE THEORY OF RESPONDENT SUPERIOR, THE EMPLOYER MUST ANSWER FOR THE ILLEGAL ACTS___
___OF THE EMPLOYEE.___

2) Defendant ___HARLINGEN POLICE DEPARTMENT___ resides or wor
(full name of second defendant)

1102 SOUTH COMMERCE HARLINGEN, TEXAS 78550 _____, and is employed
(full address of second defendant)

CHIEF BLAKE, FOR THE HARLINGEN POLICE DEPARTMENT
(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

BY COMING INTO RESIDENCE AS POLICE OFFICERS WITH PUBLISHING BAGES OF AUTHORITY WITHOUT CAUSE.

3) Defendant _____N/A_____ resides or works
(full name of third defendant)

_____, and is employed
(full address of third defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____
_____

4) Defendant _____N/A_____ resides or works
(full name of fourth defendant)

_____, and is employed
(full address of fourth defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____

## PRELIMINARY STATEMENT

THIS IS A CIVIL RIGHTS ACTION FLIED PRO. SE. BY PLAINTIFF, JOHN LEONARD FLOWERS JR., FOR DAMAGES AND INJUNCTIVE RELIEF 42 U.S.C. SECTION 1983, ALLEGING: TRESSPASSING, WARRANTLESS ARREST, WITHOUT PROBABLE CAUSE, BATTER UNDER INTERRIGATION AND EXCESSIVE USE OF FORCE, IN VIOLATION OF FOURTH FOURTEEN TH,FIFTH AND SIXTH AMENDMENTS OF THE U.S. CONSTITUTION.

THE PLAINTIFF ALSO ALLEGES THAT OF ASSAULT HUMILIATION, DEFAMATION OF CHARATOR, SLANDER AND EMBARRASSMENT, IN VIOLATION OF FEDERAL LAW: WHOEVER: UNDER COLOR OF ANY LAW STATUTE, ORDINANCE, REGULATION, OR CUSTOM, WILLFULLY SUJECTS ANY PERSON IN ANY STATE, TERRITORY, COMMONWEALTH, POSSESSION OR PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, OR TO DIFFERENT PUNISHMENT, PAIN, OR PENALTIES, ON ACCOUNT OF SUCH PERSON BEING AN ALIEN, OR BY PERSON OF HIS COLOR, OR RACE THAN ARE PRESCRIBED FOR IMPRISONED NOT MORE THAN ONE YEAR OR BOTH: AND IF BODILY INJURY RESULTS FROM THE ACTS COMMITTED IN VIOLATION OF THIS SECTION OR IF SUCH ACTS INCLUDE THE USE, OR THREATENED USE OF A DANGEROUS WEAPON, EXPLOSIVES, OR FIRE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN TEN YEARS OR BOTH: AND IF DEATH RESULTS FROM THE ACTS COMMITTED KIDNAP, AGGRAVTED SEXUAL ABUSE, OR AN ATTEMPT TO COMMIT AGGRAVATED SEXUAL ABUSE, OR AN ATTEMPT TO KILL, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED FOR ANY TERM OF YEARS OF LIFE, OR BOTH, OR MAY BE SENTENCED TO DEATH.

[ATTACHMENT C/C]

5) Defendant __N/A_____ resides or works
                    (full name of fifth defendant)

_____, and is employed
                    (full address of fifth defendant)

_____
                    (defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

### E. CLAIMS*

SUMMARY OF CLAIMS

### CLAIM I

The following civil right has been violated:

(1) VIOLATION OF CONSTITUTIONAL ADMENDMENTS

(2) DENIAL OF DUE PROCESS

(3) MISUSE OF FORCE AND OR EXCESSIVE FORCE

[ SEE ATTACHMENTS CLAIMS ]

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, without citing legal authority or argument. Be certain you describe, in separately numbered paragra[phs] exactly what each DEFENDANT (by name) did to violate your right].

ON THE 08-24-03, THERE WAS A KNOCK ON THE BEDROOM DOOR, SAYING ITS THE HARLINGEN POLICE DEPARTMENT. PLAINTIFF ASKED HARLINGEN POLICE DEPARTMENT TO LEAVE AND NOT

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using same outline.

Page 5 of 6

CLAIM 1

MISUSE OF FORCE AND OR EXCESSIVE FORCE

WHEN THE SWAT TEAM AND HARLINGEN POLICE DEPARTMENT CREATED AN INNER AND OUTER PERIMETER AROUND THE RESIDENCE, BLOCKING OFF 2 TO 4 BLOCK AREA. SWAT TEAM INTERED PLAINTIFF,S ROOM AND ARRESTED PLAINTIFF.

5 A

CLAIMS 2

## VIOLATION OF CONSTITUTIONAL AMENDMENTS

THE ACTIONS OF DEFENDANT(S), <u>CITY OF HARLINGEN AND HARLINGEN POLICE DEPARTMENT,</u> VIOLATED PLAINTIFFS FOURTH, FIFTH, SIXTH, EIGHT, AND FOURTEENTH AMENDMENT OF THE UNITED STATES COUSTITUTION, BY FOSTERING POLICY WHICH RESULTED IN BATTERING PLAINTIFF UNDER INTERRIGATION, THREATENED, VERBALLY ABUSED, ASSAULTED EMBARRASSED, HUMILIATED, SLANDERED, AND CAUSED PHYSICAL AND EMOTIONAL INJURIES.

CLAIMS 3

DENIAL OF DUE PROCESS

WHEN HARLINGEN POLICE OFFICERS AND SWAT TEAM CONSTANTLY BATTERED PLAINTIFF UNDER INTERRIGATION VIOLATING SIXTH AMENDMENT. ACTION BY DEFENDANTS SWAT TEAM AND HARLINGEN POLICE DEPARTMENT INTERFERED WITH PLAINTIFFS PROTECTED LIBERTY, LIFE, OR PROPERTY INTEREST, VIOLATED FIFTH, FOURTH, FOURTEENTH AMENDMENTS.

HARASS HIM. PLAINTIFF QUOTED HIS 2nd AMENDMENT RIGHT OF THE U.S. CONSTITUTIO

PLAINTIFF TOLD HARLINGEN POLICE DEPARTMENT THAT BECAUSE THEY WERE TRESPASSIN

AND THREATEDING HIM. AFEW MINUTES PASSED AND THEIR WAS SWAT AT THE DOOR

ORDERING PLAINTIFF TO COME OUT OR THEY WOULD BE COMING IN. SWAT ASKED

PLAINTIFF IF HE HAD A GUN. SWAT SAID THAT THEY RAN A CHECK AND IT CAME BACK

CLEAN, ON WARRANTS. SWAT OFFICER CHALLENGED PLAINTIFF TO A FIGHT USING VULGA

THREATENING WORDS. PLAINTIFF ASKED SWAT TO LEAVE AND QUIT HARRASSING AND

THREATENING HIM. SWAT SAID THAT I WAS GOING TO JAIL THEN PROCEEDED TO COME

IN AND ARREST PLAINTIFF.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

THIS HONORABLE COURT ISSUE PROTECTIVE ORDER, ORDERING THE HARLINGEN POLICE

DEPARTMENT TO NOT HARRASS OR INJURE PLAINTIFF. THIS COURT GRANT PUNITIVE

DAMAGES AS PROIVDED BY LAW ACCORDING TO THE EVIDENCE PRESENTED IN COURT,

RENAMERATIVE DAMAGES FOR LOSS INCOME, DAMAGES TO REPUTATION, PAIN AND

SUFFERING, COST OF THESE PROCEEDING, PLUS LEGAL INTEREST FROM DATE OF

JUDGMENT AND ALL OTHER COST DEEMED NECESSARY AND PROPER BY THIS HONORABLE

COURT.

JOHN LEONARD FLOWERS JR.

_John J. Flowers Jr._
(Signature of Plaintiff)

05-05-04
(Date)

# CERTIFICATE OF SERVICE

I, JOHN LEONARD FLOWERS JR. hereby certify that I have served a true and correct copy of the following:

CIVIL RIGHTS COMPLAINT
42 U.S.C. SECTION 1983.

Which is seemed filed at the time it was deliver to prison authorities for forwarding, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

JUANBARBOSA, DEPUTY-IN-CHARGE
600 EAST HARRISON ST. ROOM 1158
BROWNSIVLLE, TEXAS 78520-7114

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: 05 day of: MAY, 2004

JOHN LEONARD FLOWERS JR.
FED # 76431-079
/s/ J. Flowers Jr.
UNITED STATES PENITENTIARY
P.O. Box 26030
Beaumont, TX 77720

8