United States District Court

United States District Court
Southern District of Texas
FILED

MAY 1 0 2004

Michael N. Milby
Clerk of Court

_____ DISTRICT OF _____

JOHN LEONARD FLOWERS JR.

V.

CITY OF HARLINGEN

HARLINGEN POLICE DEPARTMENT

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: B-04-085

I, JOHN LEONARD FLOWERS JR., declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [x] 42 U.S.C. SECTION 1983
      other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 04-15-03  $859.47¢

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]  No [x]
   b. Rent payments, interest or dividends?                   Yes [ ]  No [x]
   c. Pensions, annuities or life insurance payments?         Yes [ ]  No [x]
   d. Gifts or inheritances?                                  Yes [ ]  No [x]
   e. Any other sources?                                      Yes [ ]  No [x]

7-A-B

ACCOUNT STATEMENT

FCC BEAUMONT LMTD OFFICAL USE

DATE 04/30/04
PAGE No. 01

Account # 76937079

FLOWERS JOHN
EB

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T31608 | 10:28 | 01-27-04 | MONEY ORDER | 25.00 | 25.00 |
| 000040 | 11:55 | 01-28-04 | SALE / REGULAR | 22.50- | 2.50 |
| 000041 | 11:56 | 01-28-04 | SALE / REGULAR | 2.50- | .00 |
| T38531 | 11:58 | 02-19-04 | MONEY ORDER | 50.00 | 50.00 |
| 000003 | 11:04 | 02-24-04 | SALE / REGULAR | 49.15- | .85 |
| T40004 | 12:45 | 02-24-04 | MONEY ORDER | 10.00 | 10.85 |
| 79BCB0 | 16:57 | 02-25-04 | DEPOSIT ITS FUNDS | 8.00- | 2.85 |
| 000164 | 18:54 | 03-02-04 | SALE / REGULAR | 2.55- | .30 |
| T46626 | 11:55 | 03-18-04 | MONEY ORDER | 20.00 | 20.30 |
| 8563A4 | 20:38 | 03-21-04 | DEPOSIT ITS FUNDS | 4.00- | 16.30 |
| T47388 | 14:04 | 03-22-04 | MONEY ORDER | 10.00 | 26.30 |
| 000009 | 11:10 | 03-23-04 | SALE / REGULAR | 26.30- | .00 |

**** TRANSACTION TOTAL ****     .00

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

7-B