IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 1 4 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOHN LEONARD FLOWERS,      § | |
| Plaintiff,     § | |
| § | |
| v.     § | CIVIL ACTION NO. B-04-085 |
| § | |
| CITY OF HARLINGEN, CONNIE DE LA     § | |
| GARZA, Mayor of City of Harlingen,     § | |
| HARLINGEN CITY POLICE     § | |
| DEPARTMENT, CHIEF BLAKE, and     § | |
| XYZ INSURANCE COMPANY,     § | |
| Defendants.     § | |

## ORDER

Having considered the Plaintiff's application to proceed without prepayment of fees (Docket No. 2) the Court is of the opinion that it should be, and is, hereby GRANTED.

It is FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order upon the Defendants as directed by the Plaintiff. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 14th day of June, 2004.

_____
Felix Recio
United States Magistrate Judge