# UNITED STATES DISTRICT COURT

Southern District of Texas

JOHN LEONARD FLOWERS

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-04-085

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

[Overlay: USPS PS Form 3811 Domestic Return Receipt]
- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  Harlingen City Police Dept.
  118 East Tyler
  Harlingen, Texas 78550
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X _Monica McAllen_ ☐ Agent ☐ Addressee
  - B. Received by (Printed Name): Monica McAllen
  - C. Date of Delivery: 6-17-04
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number (Transfer from service label): 7003 3110 0004 2070 4394

required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520

with this summons, within ____20____ days after service ... vice. If you fail to do so, judgment by default will be taken against you ... in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                             06/15/04
_____        _____
CLERK                                                DATE

_[signature]_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Southern   District of   Texas

JOHN LEONARD FLOWERS

**SUMMONS IN A CIVIL CASE**

V.

CITY OF HARLINGEN, ET AL.   CASE NUMBER: B-04-085

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520

u with this summons, within _____20_____ days after service
rvice. If you fail to do so, judgment by default will be taken against you
swer that you serve on the parties to this action must be filed with the
time after service.

**Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Harlingen
118 East Tyler
Harlingen, Texas 78550

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Veronica Medrano  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Veronica Medrano
C. Date of Delivery: 6-17-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 2090 4417

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381

Michael N. Milby, Clerk                                          06/15/04
_____            _____
CLERK                                          DATE

_M. Perez_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Southern                District of                Texas

JOHN LEONARD FLOWERS

V.

**SUMMONS IN A CIVIL CASE**

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

CASE NUMBER: B-04-085

[Attached return receipt card addressed to:]
Chief Blake
118 East Tyler
Harlingen, Texas 78550

Article Number: 7003 3110 0004 2090 4380
PS Form 3811, August 2001, Domestic Return Receipt

Signature: [signed]
Received by (Printed Name): [illegible]
Date of Delivery: 6-17-04
Service Type: ☒ Certified Mail

required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520

...u with this summons, within _____20_____ days after service ...rvice. If you fail to do so, judgment by default will be taken against you ...nswer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                                06/15/04
CLERK                                                                   DATE

[signed]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

JOHN LEONARD FLOWERS

V.

CITY OF HARLINGEN, ET AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-04-085



United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

[Return receipt card overlay:]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Connie De la Garza, Mayor
118 East Tyler
Harlingen, Texas 78550

COMPLETE THIS SECTION ON DELIVERY
A. Signature ☒ [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) [illegible]
C. Date of Delivery 6-17-04
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 2090 4800

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381

[Summons text, partially obscured:]

required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520

...u with this summons, within ___20___ days after service ...rvice. If you fail to do so, judgment by default will be taken against you ...swer that you serve on the parties to this action must be filed with the ...time after service.

Michael N. Milby, Clerk                    06/15/04

CLERK                                       DATE

[signature] m Perez
(By) DEPUTY CLERK