## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR. | § | |
| VS | § | CIVIL ACTION NO. B-04-085 |
| CITY OF HARLINGEN, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER

Inmate John Leonard Flowers, Jr., has filed a pro se in forma pauperis civil rights suit against the City of Harlingen officials alleging violation of his Fourth, Sixth, Eighth and Fourteenth Amendment rights under the Constitution of the United States (Docket Entry No. 1).

Defendants City of Harlingen, Connie De La Garza, Mayor, Harlingen City Police Department, Chief Blake and XYZ Insurance Co., have filed a Motion to Dismiss under Rule 12(b) of the Federal Rules of Civil Procedure for (1) failure to state a claim, (2) Motion to Dismiss based on qualified immunity, and (3) Motion to Dismiss under 28 U.S.C. § 1915(e)(2)(B)(i,ii) for frivolous or malicious claims (Docket Entry No. 6).

The Court has carefully reviewed the pleadings and motions filed in this matter and finds that Plaintiff's pleadings are confusing and lacking in legal substance. However, because Plaintiff is a pro se litigant, the Court recognizes that a cognizable claim could be alleged if the pleadings were more artfully drawn. Plaintiff should be given an opportunity to amend his pleadings.

It is therefore ORDERED that Defendants' Motions to Dismiss be and are hereby abated until further order of the Court.

Plaintiff Flowers is ordered to amend the pleadings by October 15, 2004.

DONE in Brownsville, Texas, this 25th of August 2004.

_____
Felix Recio
United States Magistrate Judge