

Notice:   The attached order has been entered.

John Leonard Flowers   1:04-cv-00085 7 pty
United States Penitentiary
Fed#76937-079
P.O. Box 26030
Beaumont, Tx   77720

----------------------------------------------------

1:04-cv-00085 #7
2 page(s).
08/26/04

----------------------------------------------------

AUTHORIZATION TO SEND NOTICES
BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United
States District Court for the Southern District of Texas may send
me notices by facsimile transmission rather than mail.
See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036.

This telephone line is dedicated for facsimile transmission:

Fax:     (_____)  _____

Name:    _____      State Bar Number: _____

Signature: _____

Complete ONLY information that is different from the address listed above.

Firm:    _____

Suite:   _____

Street or P. O. Box: _____

City, State and Zip: _____

Business Telephone:  (_____) _____

Mail to:    Attorney Admissions
            United States District Clerk
            P. O. Box 61010
            Houston, TX 77208

Control:    CV-INS_image2-45790

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 2 5 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR. | § | |
| VS | § | CIVIL ACTION NO. B-04-085 |
| CITY OF HARLINGEN, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
AUG 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D.Quimrodo

### ORDER

Inmate John Leonard Flowers, Jr., has filed a pro se in forma pauperis civil rights suit against the City of Harlingen officials alleging violation of his Fourth, Sixth, Eighth and Fourteenth Amendment rights under the Constitution of the United States (Docket Entry No. 1).

Defendants City of Harlingen, Connie De La Garza, Mayor, Harlingen City Police Department, Chief Blake and XYZ Insurance Co., have filed a Motion to Dismiss under Rule 12(b) of the Federal Rules of Civil Procedure for (1) failure to state a claim, (2) Motion to Dismiss based on qualified immunity, and (3) Motion to Dismiss under 28 U.S.C. § 1915(e)(2)(B)(i,ii) for frivolous or malicious claims (Docket Entry No. 6).

The Court has carefully reviewed the pleadings and motions filed in this matter and finds that Plaintiff's pleadings are confusing and lacking in legal substance. However, because Plaintiff is a pro se litigant, the Court recognizes that a cognizable claim could be alleged if the pleadings were more artfully drawn. Plaintiff should be given an opportunity to amend his pleadings.

```
CASE:       1:04-mc-00016
DOCUMENT:   15
DATE:       08/26/04

CLERK:      da
```