IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN LEONARD FLOWERS<br>PLAINTIFF<br><br>VS.<br><br>CITY OF HARLINGEN, CONNIE DE LA GARZA, Mayor of City of Harlingen, HARLINGEN CITY POLICE DEPARTMENT, CHIEF BLAKE, And XYZ INSURANCE COMPANY,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO. B-04-085<br>*<br>*<br>*<br>*<br>*<br>* |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND ORDER FOR ATTORNEY/DEFENDANT(S) TO SURRENDER RECORDS

Comes now, John Leonard Flowers Jr., "The Plaintiff" proceeding pro-se and in forma pauperis in the above entitled cause, and respectfully move this Honorable Court to enter its ORDER granting Plaintiff's motion for extension of time for 90 days.

That the Court ORDER defendant(s)/Attorney, surrender all records, interviews, documents and affidavides given by each defendant(s) in this civil action suit.

In connection therewith the Plaintiff shows the Court as follows:

1) The Plaintiff commenced this litigation while incarcerated at the United States Penitentiary, Beaumont, Texas.

2) That on June 14, 2004 the Court entered its ORDER GRANTING Civil Action in Cause No. B-04-085.

3) That on July 06, 2004 Plaintiff received notice of his transfer to halfway house, in Brownsville, Texas on the 8-24-04.

4) That on July 07, 2004 Attorney for defendant(s) filed (1) Motion to Dismiss under Rule 12(b) for failure to state a claim, (2) Motion to Dismiss based on Qualified Immunity, and (3) Motion to Dismiss under 28 U.S.C. § 1915(e)(2)(B)(iii)

5) THAT ON August 02, 2004 PLAINTIFF Received A copy of the defendant(s) supplemental brief.

6) THAT based on the number of cases sited in defendant(s) supplemental Brief, the PLAINTIFF TRANSfer, limited Access To A Law Library, and having To comply with Halfway House Rules NAgAtes All of my Time.

7) THAT ON August 30th 2004 PLAINTIFF Recieved AN ORder To Amend the Pleadings by October 15, 2004.

WHEREFORE, for the forgoing reasons, the PLAINTIFF Respectfully prays This Honorable Court enter its ORDER GRANTING The PLAINTIFF AN EXTENSION of Time for AT least NINETY ~~sixty~~ (90) days, ORder The defendant(s) surrender Attorney/client Recorded Telephone call(s), Affidavides, interviews, documents given by each defendant(s) To PLAINTIFF.

Executed This 26th day of September, 2004.

Respectfully Submitted

_____
PLAINTIFF, PRO-SE

## CERTIFICATE OF SERVICE

This is to certify that the undersigned did mail a true and correct copy of the following:

### MOTION FOR EXTENSION OF TIME

To:
CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

By U.S. mail, postage prepaid thereon, on this 26th day of September 2004.

*John L. Flowers Jr.*
PLAINTIFF, Pro se