UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-04-85

JOHN LEONARD FLOWERS JR.
    PLAINTIFF

VS.

CITY OF HARLINGEN, CONNIE DE LA
GARZA, Mayor of City of Harlingen,
HARLINGEN CITY POLICE
DEPARTMENT, CHIEF BLAKE, and
XYZ INSURANCE COMPANY,
    Defendants.

United States District Court
Southern District of Texas
FILED
OCT 0 1 2004
Michael N. Milby
Clerk of Court

## MOTION TO APPOINT ATTORNEY IN CIVIL PROCEEDING

Now comes The defendant, John Leonard Flowers Jr., respectfully moves This Honorable Court To Declare Him Indigent and To Appoint Counsel In Civil Suit No. B-04-085. In support thereof, The Defendant, states as follows:

B 1

Mover suggest that the matter at bar is complicated and has numerous constitutional issues of which mover is unfamiliar and is in need of legal assistance.

WHEREFORE MOVER, John Leonard Flowers Jr., prays that this Honorable Court appoint an attorney to assist in these proceeding and or in the alternative point stand-by counsel.

RESPECTFULLY SUBMITTED

John L. Flowers Jr.
Pro-se plaintiff