UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR. § | | |
| Plaintiff § | | |
| § | | |
| V. § | | CASE NO. B-04-085 |
| § | | |
| CITY OF HARLINGEN, CONNIE DE § | | |
| LA GARZA MAYOR, HARLINGEN CITY § | | |
| POLICE DEPARTMENT, CHIEF BLAKE § | | |
| AND XYZ INSURANCE CO. § | | |
| Defendants § | | |

**ORDER PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND FOR SURRENDER OF RECORDS**

BE IT REMEMBERED on this the ___ day of _____, 2004, came to be heard Plaintiff's Motion for Extension of Time and for Attorney/Defendants to Surrender Records. The Court determined to grant an extension of time until _____, 2004 for Plaintiff to amend his complaint. The Court determined to deny the Plaintiff's request for an order to surrender any records.

IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time is granted in part and Plaintiff is granted an extension to file its amended pleadings by _____, 2004.

Plaintiff's Motion to Surrender Records is denied.

DONE at Brownsville, Texas on _____, 2004.

_____
JUDGE PRESIDING