# EXHIBIT "1"

Case No. B-04-085

Defendants' Response to Plaintiffs' Motion to Appoint Attorney

# COMPLAINT

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

BEFORE ME, the undersigned authority, on this day personally appeared **GUALBERTO GONZALEZ**, who after being by me duly sworn, on oath deposes and says: That he has good reason to believe and does believe that on or about the **24TH** day of **AUGUST, A.D 2003**, and before the making and filing of this Complaint, in Cameron County, Texas, **JOHN FLOWERS**, the Defendant, did then and there intentionally or knowingly, threaten to commit an offense involving violence, to **A PERSON**, namely **THREATENING BODILY INJURY**, with the intent to then and there place **MIGUEL GARCIA**, in fear of imminent serious bodily injury,

Against the peace and dignity of the State.

_____    _____
                                                    Complainant

Sworn to and subscribed before me this <u>2ND</u> day of <u>OCTOBER, 2003</u>.

```
FILED FOR RECORD
AT___O'CLOCK___M

   OCT 0 6 2003

  JOE G. RIVERA
CAMERON COUNTY CLERK
By_____Deputy
```

_____
Assistant County and District Attorney
Cameron County, Texas

## INFORMATION

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

**DAVID A. CORONADO**, Assistant County and District Attorney of Cameron County, Texas, on behalf of the State of Texas, presents in the COUNTY COURT AT LAW of Cameron County, Texas, at the **SEPTEMBER**, Term, **2003**, of said Court, that on or about the **24TH** day of **AUGUST, A.D. 2003**, and before the making and filing of this information, in Cameron County, Texas, **JOHN FLOWERS**, the Defendant, did then and there intentionally or knowingly, threaten to commit an offense involving violence, to **A PERSON**, namely **THREATENING BODILY INJURY**, with the intent to then and there place **MIGUEL GARCIA**, in fear of imminent serious bodily injury,

Against the peace and dignity of the State.

YOLANDA de LEÓN
CAMERON COUNTY AND DISTRICT ATTORNEY

_____
Assistant County and District Attorney
Cameron County, Texas

# 03-CCR-4974-C

Here describe specifically the offense committed.
**16020003 – TERRORISTIC THREAT "B"**
**I.D. #18342**
**HARLINGEN POLICE DEPT.**

# EXHIBIT "2"

Case No. B-04-085

Defendants' Response to Plaintiffs' Motion to Appoint Attorney

CAUSE NO. 03CCR4974

THE STATE OF TEXAS                    §    IN THE COUNTY COURT

                                      §
VS.                                   §    AT LAW NO. 3 OF

John Towers                           §

                                      §    CAMERON COUNTY
_____
(Defendant's Name)

**FILED FOR RECORD**
AT ____ O'CLOCK ____ M
OCT 3 1 2003
JOE GARZA
CAMERON COUNTY CLERK
By_____ Deputy

### MISDEMEANOR PLEA OF GUILTY/NOLO CONTENDERE

Comes now _____, defendant in the above numbered and entitled cause, and prior to entering a plea herein represents to the Court the following:

I am mentally competent and I understand that I am charged with the misdemeanor offense of _____ Terroristic Threat for which the punishment is a fine not to exceed $ 2,000 and/or confinement in jail not to exceed 180 days.

I understand that I have a right to an attorney to represent me both at trial and on appeal and that I will be allowed a reasonable amount of time and opportunity to talk with an attorney is I so desire; that I have a right to request that an attorney be appointed to represent me if the Court determines, after a hearing, that I am indigent and unable to afford an attorney; and that if I desire, the Court may reset my case to allow me a reasonable amount of time to hire my own attorney.

I understand that I have the right to a jury trial; the right to compel witnesses to testify on my behalf; the right to confront and cross-examine my accusers; the right to be arraigned and have the charge read to me in open court; the right to remain silent and not discuss my case with anyone, including the assistant district attorney, and that anything I say can be used against me. I understand that I have the right to consult with an attorney either of my own choice or appointed by the Court for me before I waive my right to a trial by jury. I understand that upon a plea of guilty or nolo contendere, with a jury waiver, punishment may be assessed by the Court either upon or without evidence, at the discretion of the Court; that if I am not a citizen of the United States, my plea of guilty or nolo contendere may result in my deportation, exclusion from admission to this country, or denial of naturalization under federal laws; that if I am found guilty that this case may be used to enhance my punishment if I am convicted of another offense; and that if the Court does not exceed the agreed recommendation in assessing punishment that my right to appeal my conviction will be limited to matters raised by written motion and ruled on before trial unless the Court gives permission to raise other matters.

I, _____, after being duly admonished of the nature of the charges against me, of all my rights and the consequences of entering a plea of guilty or nolo contendere, hereby state in open court and in writing that: I understand the charges against me; I knowingly and voluntarily waive the above mentioned rights; committed the offense alleged in the information and I am guilty as charged. I specifically waive my right to be represented by an attorney, to consult with an attorney before I waive my right to trial by jury, and my right to be tried before a jury and ask the Court to decide all of the issues in this case upon the plea of guilty/nolo contendere entered by me. I further ask the Court to accept my plea of guilty/nolo contendere, and waiver of trial by jury and enter a judgment and proceed to sentence me according to the law and without further delay. I understand my right to appeal this case to the Texas Court of Appeals and my right to appointed counsel on appeal if I am indigent and cannot afford an attorney, and I specifically waive my right to appeal the Court's decision in my cause. I understand that any plea bargain agreement is not binding upon the Court. I hereby waive any further time to prepare for this case and I understand that if the Court follows this agreement I have a limited right to appeal.

**PLEA OF GUILTY/NOLO CONTENDERE WITHOUT ATTORNEY  Page 1**

I affirm that there has been no plea bargain agreement in this case except the following:

_____

_____

_____

**OCT 3 1 2003**

Date: _____    DEFENDANT: _____

The undersigned assistant district attorney, on behalf of the State of Texas, consents to and approves the defendant's waiver of trial by jury.

Assistant District Attorney

I further understand that if I was under 21 years of age at the time I committed an offense involving the manufacture, possession, transportation, or use of an alcoholic beverage, or the manufacture, delivery, possession, transportation or use of a controlled substance that my Texas driver's license or my privilege to obtain a Texas driver's license and a driver's license in many other states will be automatically suspended for one (1) year from the date sentence is imposed or suspended in open court and that the suspension shall remain in effect until I attend and successfully complete an alcohol education program in this state. I also understand that I may be eligible for a restricted license during this period of suspension.

_____
Signature of Defendant

After consulting with the defendant and informing the defendant of the nature of the charges, all rights and the consequences of the plea of guilty/nolo contendere, the defendant waived arraignment and decided not to contest the case. The Court finds that the defendant is competent and that the plea was entered only after the defendant knowingly, intelligently, and voluntarily waived the right to counsel; to consult with counsel before waiving the right to trial by jury; and to a jury trial and all other rights set out above.

CHECK APPROPRIATE SELECTIONS:

____  The Court finds that there is sufficient information in the record to permit the meaningful exercise of sentencing discretion.

____  The Defendant requests that a pre-sentence investigation report not be made and the Court agrees to the request.

____  The Defendant requests that pre-sentence investigation report not be made and the Court agrees to the request and further finds that there is sufficient information in the record to permit the meaningful exercise of sentencing discretion.

**1 1 2003**

Date: _____    JUDGE _____

This document was translated verbatim from English to _____ by:

_____          _____
(Signature of Translator)                    (Printed name of Translator)

**PLEA OF GUILTY/NOLO CONTENDERE WITHOUT ATTORNEY    Page 2**

# EXHIBIT "3"

Case No. B-04-085

Defendants' Response to Plaintiffs' Motion to Appoint Attorney

Cause No. _03CC24914-C_

THE STATE OF TEXAS                              §        THE COUNTY COURT AT
VS.                                             §
                                                §
_John Leonard Flowers_                          §        LAW NO. 3
I.D. # _61 8342_                                §        CAMERON COUNTY, TEXAS

## JUDGMENT ON PLEA OF GUILTY OR NO CONTEST

BE IT REMEMBERED that on _____ OCT 3 1 2003 _____, this cause was called
for trial, and the State appeared by her County Attorney, Yolanda de Leon, and the Defendant appeared in person, with
counsel_____. If counsel was waived, the Court found that such waiver was
made knowingly, intelligently, and voluntarily. All parties announced ready for trial, and the Defendant, in open court, in
person after having been duly arraigned, pleaded guilty or no contest to the charge in the information. The Defendant was
admonished by the Court of the range of punishment attached to the offense and that any recommendation of the prosecuting
attorney as to punishment is not binding on this Court, and that if the Court did not follow or approve the plea bargain
agreement, the Defendant had a right to withdraw his plea and his judicial admission of guilt before the Court, but the
Defendant persisted in pleading guilty or no contest. It plainly appearing to the Court that the Defendant is mentally
competent and that his plea is free and voluntary, the said plea was by the Court received and is now entered upon the
Minutes of the Court as the plea herein of said Defendant. Thereupon, the Defendant, in person, in open court, having
waived the right of trial by jury in writing, requested the Court to approve the waiver of jury. The Court then determined
that such waiver in writing, signed by the Defendant, had been filed herein before the Defendant entered his plea of guilty
or no contest and that the attorney representing the State had consented in writing to such waiver. The consent and approval
of the Court for the Defendant to waive the right of trial by jury was then granted. The Defendant is charged with the
offense of _Terroristic Threat_____, a Class _B_ misdemeanor
which occurred on _August 24, 2003_____, as set out in the information on file herein.
The Court then considered the evidence and statements submitted by the parties and the Court proceeded to enter the
following JUDGMENT which is set out below and __IS /(IS NOT)__ pursuant to a plea agreement:

P
R   _____ IT IS, THEREFORE, CONSIDERED AND ADJUDGED by the Court that the Defendant is
O   GUILTY of the above mentioned offense on his plea of guilty or no contest herein made. The Court proceeded
B   to the punishment phase without objection. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
A   the Defendant be punished by confinement in the Cameron County Jail for a period of _____, plus
T   a fine in the amount of $_____; plus Court Costs, payable through the collection department for which
I   execution will issue: plus restitution as set out in the attached Conditions of Community Supervision.
O   IT IS FURTHER ORDERED that the imposition of sentence under the JUDGMENT of this Court herein shall
N   be and the same is hereby suspended for a period of _____ from the date hereof, and the
    Defendant shall be placed under community supervision. MOREOVER, it is ORDERED that said community
    supervision and suspension of imposition of said sentence shall be conditioned that the Defendant during the
    entirety of the term of community supervision shall comply with the conditions attached to this Judgment.

D   _____ IT IS, THEREFORE, CONSIDERED AND ADJUDGED by the Court, on his plea of guilty or
E   no contest, that there is sufficient evidence to find the Defendant guilty of the above mentioned offense.
F   HOWEVER, the Court will defer a finding of guilt at this time and place the Defendant under community
E   supervision for a period of _____; and Defendant will pay a fine of $ _____ ; plus
R   Court Costs payable through the collection department for which execution will issue; plus restitution as set out
R   in the attached conditions of Community Supervision. MOREOVER, it is ORDERED that said community
E   supervision and deferment of the finding of guilt shall be conditioned that the Defendant, during the entirety of
D   the term of community supervision, shall comply with the conditions of community supervision attached to this
    Judgment.

JUDGMENT ON PLEA OF GUILTY OR NO CONTEST (PAGE 2)

J

A        _____✓_____    IT IS, THEREFORE, CONSIDERED AND ADJUDGED by the Court, on his plea of guilty or

I        no contest, that the Defendant is GUILTY of the above mentioned offense. The Court proceeded to the

L        punishment phase without objection. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

Defendant, be punished by confinement in the Cameron County Jail for a period of *30 days*,

plus restitution in the amount of $_____ to _____, defendant shall also

CONSECUTIVELY/ CONCURRENTLY pay a fine in the amount of $____*350*____; plus Court Costs for

which execution will issue and all being payable through the COLLECTION DEPARTMENT / JAIL TIME

instanter. Said sentence is to begin the date of this Judgment and run concurrent with other sentences of this

Defendant. The Defendant will be credited for all time served while awaiting trial in this cause.

(✓) Defendant shall ____*CTS*_____

_____

(___) Defendant shall _____

_____

F        _____✓_____    IT IS, THEREFORE, CONSIDERED AND ADJUDGED by the Court that the Defendant

I        is GUILTY of the above mentioned offense on his plea of guilty or no contest herein made. The Court

N        proceeded to the punishment phase without objection. IT IS HEREBY ORDERED, ADJUDGED, AND

E        DECREED that the Defendant be punished by a fine in the amount of $____*300*____; plus Court Costs,

payable through the collection department for which execution will issue.

(___) Defendant shall _____

_____

(___) Defendant shall _____

_____

(___)    THE COURT MAKES AN AFFIRMATIVE FINDING OF FAMILY VIOLENCE.

JUDGMENT ENTERED THIS ___*31*___ DAY OF ___*October*___ *2003*

_____
JUDGE PRESIDING

RIGHT THUMB PRINT

PAGE 2