UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR.<br>　　　Plaintiff<br><br>V.<br><br>CITY OF HARLINGEN, CONNIE DE<br>LA GARZA MAYOR, HARLINGEN CITY<br>POLICE DEPARTMENT, CHIEF BLAKE<br>AND XYZ INSURANCE CO.<br>　　　Defendants | § § § § § § § § § § § | CASE NO. B-04-085 |

## **ORDER ON PLAINTIFFS' MOTION TO APPOINT AN ATTORNEY**

BE IT REMEMBERED that on this ____ day of _____, 2004 came to be heard Plaintiff's Motion to Appoint an Attorney in a Civil Case, the Court is of the opinion that said motion should be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Appoint an Attorney is hereby denied.

SIGNED this _____ day of _____, 2004 at Brownsville, Texas.

_____
JUDGE PRESIDING