LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

October 13, 2004

Mr. Michael Milby, Clerk                                                       Via E-File
**U.S. DISTRICT COURT**
600 East Harrison Room #306
Brownsville, Texas 78520

**Re:    Case No. B-04-085, John Leonard Flowers, Jr. v. City of Harlingen, Connie de la Garza Mayor, Harlingen City Police Department, and Chief Blake**
**Our File No. H-1108**

Dear Mr Milby:

Pursuant to the Local Rules of Federal Procedure, please find enclosed herewith for filing among the papers in the above referenced cause, the original and one (1) copy of the following:

1.   **Defendants' Response to Plaintiff's Motion to Appoint Attorney (Exhibits 1, 2, & 3);**
2.   **Order on Plaintiff's Motion to Appoint Attorney.**

By copy of this letter, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/  *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

cc:
John Leonard Flowers                                   *CM/RRR 7003 0500 0002 3732 3973*
Reg: 76937-079
P.O. Box 26030
Beaumont, Texas 77720-6030

Mr. Michael Milby, Clerk
Re:     Case No. B-04-085, Flowers v. City of Harlingen, et al.
October 13, 2004
Page 2


John Leonard Flowers                                              Via Ordinary Mail
Reg: 76937-079
REALITY HOUSE
405 E. Washington
Brownsville, Texas 78520