# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-085 |
| | § | |
| CITY OF HARLINGEN, CONNIE DE LA | § | |
| GARZA MAYOR, HARLINGEN CITY | § | |
| POLICE DEPARTMENT, CHIEF BLAKE | § | |
| AND XYZ INSURANCE CO., | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR SURRENDER OF RECORDS

BE IT REMEMBERED on this the 25th day of October, 2004, came to be heard Plaintiff's "Motion for Extension of Time and Order for Attorney/Defendant(s) to Surrender Records" (Docket No. 9). The Court determined to grant an extension of time until January 13, 2005 for Plaintiff to amend his complaint. The Court determined to deny the Plaintiff's request for an order to surrender any records. Plaintiff is directed to the Federal Rules of Civil Procedure Rule 26 *et seq.* and reminded that discovery should take place between the parties without the involvement of the Court. If Plaintiff wishes to conduct further legal research, the federal law library in the Brownsville Federal Courthouse is open to members of the public.

IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time (Docket No. 9) is GRANTED. Plaintiff shall file amended pleadings no later than January 13, 2005.

1

Plaintiff's motion to surrender records is DENIED.

DONE at Brownsville, Texas on this the 25th day of October, 2004.

Felix Recio
United States Magistrate Judge

2