UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR. | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-04-085 |
| | § | |
| CITY OF HARLINGEN, CONNIE DE | § | |
| LA GARZA MAYOR, HARLINGEN CITY | § | |
| POLICE DEPARTMENT, CHIEF BLAKE | § | |
| AND XYZ INSURANCE CO. | § | |
| Defendants | § | |

### ORDER ON PLAINTIFFS' MOTION TO APPOINT AN ATTORNEY

BE IT REMEMBERED that on this 25th day of October, 2004 came to be heard Plaintiff's Motion to Appoint an Attorney in a Civil Case, the Court is of the opinion that said motion should be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Appoint an Attorney is hereby denied.

SIGNED this 25th day of October, 2004 at Brownsville, Texas.

_____
JUDGE PRESIDING