CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

B-04-085

John Leonard Flowers
Fed#76927-079 United States Penitentiary
P.O. Box 26030
Beaumont Tx 77720

Case: 1:04-cv-00085 Instrument 13 (2 pgs)



United States District Court
Southern District of Texas
RECEIVED
NOV 22 2004
Michael N. Milby, Clerk

United States Courts
Southern District of Texas
FILED
NOV 17 2004
Michael N. Milby, Clerk