CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

B-04-085

John Leonard Flowers
Fed#76937-079 United States Penitentiary
P.O. Box 26030
Beaumont, Tx 77720

United States District Court
Southern District of Texas
RECEIVED
NOV 2 2 2004
Michael N. Milby, Clerk