UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2004

Michael N. Milby.
Clerk of Court

AMENDED PLEADINGS

NO B-04-085

JOHN LEONARD FLOWERS JR.
               PLAINTIFF

VS.

JOHN DOE MAYOR CITY OF HARLINGEN TEXAS

JOHN DOE CHEIF OF HARLINGEN POLICE DEPARTMENT

JOHN DOE CAPTAIN OF HARLINGEN POLICE DEPARTMENT

JOHN DOE LT OF HARLINGEN POLICE DEPARTMENT

JOHN DOE(S) OF SWAT HARLINGEN POLICE DEPARTMENT

AND XYZ INSURANCE CO.
                                    DEFENDANTS

BY JOHN LEONARD FLOWERS
1117 SOUTH D ST.
HARLINGEN TEXAS 78550

# TABLE OF CONTENTS

TABLE OF CONTENTS ------------------------------------- [1]

PREVIOUS LAE SUITS -------------------------------------- [1]

EXHAUSTION OF ADMINISTRATIVE REMEDIES -------------------- ]2]

JURISDICTION -------------------------------------------- ]3]

PRELIMINARY STATMENT ------------------------------------ ]4]

SUMMARY OF CLAIMS --------------------------------------- 4A-5 A,B,C,D

SUPPORTING FACTS ---------------------------------------- [7] A

REQUEST FOR RELIEF -------------------------------------- ]8]

CERTIFICATE OF SERVICE ---------------------------------- ]9]

## PREVIOUS LAWSUITS

1]   HAVE YOU BROUGHT ANY LAWSUITS IN A FEDERAL COURT: <u>NO</u>

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**NONE**

JURISDICTION

1] THE COURT HAS JURISDICTION OVER THE PLAINTIFFS CLAIMS OF VIOLATIONS OF FEDERAL CONSTITUTIONAL RIGHT UNDER 42 U.S.C. 1983

2] THE COURT HAS JURISDICTION OVER ALL CLAIMS AGAINST OFFICIALS THIS COMPLAINT ALLEGES THAT THE CIVIL RIGHTS OF PLAINTIFF JOHN LEONARD FLOWERS JR. WHO PRESENTLY RESIDES AT 1117 South D. St. Harlingen Texas 78550 WERE VIOLATED BY THE ACTION OF THE DEFENDANT[S] NAMED BELOW, WHICH ACTIONS WERE DIRECTED AGAINST PLAINTIFF AT 1117 South D. St. Harlingen Texas 78550 : ON THE DATE OF AUGUST 23-03.

       JOHN DOE MAYOR CITY OF HARLINGEN TEXAS

       JOHN DOE CHEIF OF HARLINGEN POLICE DEPARTMENT

       JOHN DOE CAPTAIN OF HARLINGEN POLICE DEPARTMENT

       JOHN DOE LT OF HARLINGEN POLICE DEPARTMENT

       JOHN DOE[S] OF SWAT HARLINGEN POLICE DEPARTMENT

       AND XYZ INSURANCE CO

                                     DEFENDANTS

## PRELIMINARY STATMENT

THIS IS A CIVIL RIGHTS ACTION FILED PRO. SE. BY PLAINTIFF, JOHN LEONARD FLOWERS JR., FOR DAMAGES AND INJUNCTIVE RELIEF 42 U.S.C. SECTION 1983, ALLEGING: TRESSPASSING, WARRANTLESS ARREST, WITHOUT PROBABLE CAUSE, BATTER UNDER INTERRIGATION AND EXCESSIVE USE OF FORCE, IN VIOLATION OF FOURTH, FOURTEENTH, FIFTH AND SIXTH AMENDMENTS OF THE U.S. CONSTITUTION.

THE PLAINTIFF ALSO ALLEGES THAT OF ASSAULT HUMILIATION, DEFAMATION OF CHARATOR, SLANDER AND EMBARRASSMENT, IN VIOLATION OF FEDERAL LAWS 18 U.S.C. SECTION 242;

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: WHOEVER: UNDER COLOR OF ANY LAW STATUTE, ORDINANCE, REGULATION, OR CUSTOM, WILLFULLY SUJECTS ANY PERSON IN STATE, TERRITORY, COMMONWEALTH, POSSESSION OR PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, OR TO DIFFERENT PUNISHMENT, PAIN, OR PENALTIES, ON ACCOUNT OF SUCH PERSON BEING AN ALIEN, OR BY PERSON OF HIS COLOR, OR RACE THAN ARE PRESCRIBED FOR THE PUNISHMENT OF CITIZENS, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN ONE YEAR OR BOTH: AND IF BODILY INJURY RESULTS FROM THE ACTS COMMITTED IN VIOLATION OF THIS SECTION OR IF SUCH ACTS INCLUDE THE USE, OR THREATENED USE OF A DANGEROUS WEAPON, EXPLOSIVES, OR FIRE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN TEN YEARS OR BOTH: AND IF DEATH RESULTS FROM THE ACTS COMMITTED KIDNAP, AGGRAVATED SEXUAL ABUSE, OR AN ATTEMPT TO COMMIT AGGRAVATED SEXUAL ABISE, OR AN ATTEMPT TO KILL, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED FOR ANY TERM OF YEARS OF LIFE, OR BOTH, OR MAY BE SENTENCED TO DEATH.

[ ATTACHMENT C/C]

# CLAIM 1

## MISUSE OF FORCE AND OR EXCESSIVE FORCE

ON THE 06-23-03 SWAT AND POLICE OFFICERS CREATED AN INNER AND OUTER PERIMETER AROUND THE RESIDENCE, BLOCKING OFF [2] TO [4] BLOCKS ARRESTED PLAINTIFF WITHOUT A WARRANT ISSUED BY A MAGISTRATE VERBALLY ABUSING PLAINTIFF, EMBARRASSING, HUMILIATING AND CAUSED PHSICAL AND EMOTIONAL INJURIES.

## CLAIM II

## VIOLATION OF CONSTITUTIONAL AMENDMENTS

THE ACTIONS OF DEFENDANTS SWAT AND POLICE OFFICERS VIOLATED PLAINTIFFS FOURTH AND FOURTEENTH AMENDMENT BY FORCING THEIR WAY IN PLAINTIFFS ROOM AND ARRESTING PLAINTIFF WITHOUT PROBABLE CAUSE AFTER A CHECK WAS RAN AND IT CAME BACK CLEAR. WHILE ON PRIVATE PROPERTY SWAT AND POLICE OFFICERS MADE A UNREASONABLE SEARCH OF ARRESTEE,S RESIDENCE FOLLOWING ARREST MADE INSIDE HOME THUS VIOLATES ARRESTEE,S FOURTH AND FOURTEENTH AMENDMENT RIGHTS

THE ACTIONS OF DEFENDANTS SWAT AND POLICE OFFICERS VIOLATED PLAINTIFFS SIXTH AMENDMENT BY DENING HIS ATTORNEY TO BE PRESENT APON NUMEROUS OF REQUEST BY PLAINTIFF WHILE DEFENDANTS CONSTANTLY BATTEREDPLAINTIFF UNDER INTERRIGATION WITHOUT CAUSE

THE ACTIONS OF DEFENDANTS SWAT AND POLICE OFFICERS VIOLATED PLAINTIFFS FIFTH AMENDMENT BY INTERFERING WITH PLAINTIFFS PROTECTED LIBERTY, LIFE OR PROPERTY INTEREST WHEN DEFENDANTS INTERED RESIDENCE AND ARRESTED PLAINTIFF.

## DEFENDANTS AS JOHN DOE

[1] DEFENDANT JOHN DOE MAYOR CITY OF HARLINGEN RESIDES OR WORKS AT _118 EAST TYLER, HARLINGEN TEXAS 78550_ AND IS EMPLOYED AS MAYOR FOR THE CITY OF HARLINGEN .THE DEFENDANT IS SUSED IN HIS INDIVIDUAL, OFFICIAL CAPACITY.

THAT UNDER THE THEORY OF RESPONDENT SUPRIOR, THE EMPLOYER MUST ANSWER FOR THE ILLEGAL ACTS OF HIS/HER[S] EMPLOYEES.

[2] DEFENDANT JOHN DOE CHIEF OF POLICE OF HARLINGEN RESIDES OR WORKS AT _1102 South Commerce HARlingen, Texas 78550_, AND IS EMPLOYED AS CHIEF FOR THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS INDIVIDUAL OFFICIAL CAPACITY.BY ACTING UBDER THE COLOR OF LAW THUS BY ALLOWING SWAT AND POLICE OFFICERS TO BLOCK OFF AND SURROUND RESIDENCE OF PLAINTIFF INTER PLAINTIFFS RESIDENCE AND ARREST PLAINTIFF WITHOUT A WARRANT ISSUE BY A MAGISTRATE, AND FAILURE TO SUPERVISE OR TRAIN, AND THE VIOLATION OF PLAINTIFFS RIGHTS AND SUCH FAILURE TO SUPERVISE OR TRAIN, AMOUNTED TO GROSS NEGLIGENCE, DELIBERATE INDIFFERENCE.

[3] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen, Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFFS RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE EXECUTED UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFF ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE, USING EXCESSIVE FORCE BY CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE CAUSING EMOTIONAL DISTRESS HUMILIATION PUBLIC SCORN DERISION ASSULT DEFAMATION OF CHARATOR SLANDER AND EMBARASS MENT.

[4] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL, OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFFS RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFF ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE, USING EXCESSIVE FORCE, VERBALLY ABUSING PLAINTIFF, THREATEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE, CAUSING EMOTIONAL DISTRESS HUMILIATION PUBLIC SCORN DERISION ASSULT DEFAMATION OF CHARATOR, SLANDER AND EMBARASSMENT.

[5] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HERS[S] INDIVIDUAL OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFFS RESIDENCE WITHOUT A WARRANT ISSED BY A MAGISTRATE UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFF ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE USING EXCESSIVE FORCE, VERBALLY ABUSING PLAINTIFF, THREATEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE, CAUSING EMOTIONAL DISTRESS, HUMILIATION PUBLIC SCORN, DERISION, ASSULT DEFAMATION OF CHARATOR, SLANDER AND EMBARASSMENT.

[6] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFEANDANT IS SUED IN HIS/HERS[S] INDIVIDUAL OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFF RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFFS ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE USING

EXCESSIVE FORCE, VERBALLY ABUSING PLAINTIFF THREATEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE CAUSING EMOTIONAL DISTRESS HUMILIATION PUBLIC SCORN DERISION ASSULT DEFAMATION OF CHARATOR SLANDER AND EMBARRASSMENT.

[7] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BT THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFF RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFFS ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE USING EXCESSIVE FORCE, VERBALLY ABUSING PLAINTIFF, THREATEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE, CAUSING EMOTIONAL DISTRESS, HUMILIATION, PUBLIC SCRON DERISION, ASSULT, DEFAMATION OF CHARATOR SLANDER AND EMBARRASSMENT.

[8] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFF RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE UNREASONABLE SEARCH ARRESTING PLAINTIFF WHEN INTERING PLAINTIFF ROOM WITH PUBLISHING BADGES OF AUTHORITY WITHOUT CAUSE USING EXCESSIVE FORCE VERBALLY ABUSING PLAINTIFF, THREATEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE, CAUSING EMOTIONAL DISTRESS HUMILIATION, PUBLIC SCRON, DERISION, ASSULT DEFAMATION OF CHARATOR SLANDER AND EMBARRASSMENT.

[9] DEFENDANT JOHN DOE OF SWAT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY

THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER INDIVIDUAL, OFFICIAL CAPACITY FOR INVADING THE SANCTITY OF THE PLAINTIFF RESIDENCE WITHOUT A WARRANT ISSUED BY A MAGISTRATE UNREASONABLE SEARCH, ARRESTING PLAINTIFF WHEN INTERING PLAINTIFF ROOM WITH PUBLISHING BADGES OF AUTHORITY, WITHOUT CAUSE, USING EXCESSIVE FORCE, VERBALLY ABUSING PLAINTIFF, THEARTEN BODILY HARM CREATING AN INTER AND OUTER PERMETER AROUND THE RESIDENCE, FALSELY IMPRISONING PLAINTIFF AT HIS RESIDENCE, ASSULT, DEFAMATION OF CHARATOR, SLANDER AND EMBARRASSMENT.

[10] DEFENDANT JOHN DOE CAPTAIN OF THE HARLINGEN POLICE DEPARTMENT RESIDES OR WORKS AT 1102 South Commerce HARlingen Texas 78550 AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL, OFFICIAL CAPACITY FOR ABUSING HIS AUTHORITY OF STATE LAW IN ACTION TAKEN UNDER "COLOR OF LAW", BY GIVING THE RIGHT OF ACTION TAKEN AGAINST PLAINTIFF, TO DEPRIVE PLAINTIFF OF HIS RIGHTS, PRIVILEGES, SECURED BY THE FEDERAL CONSTITUTION CAPTAIN JOHN DOE ACTED IN CONNECTION WITH ARRESTING SWAT TEAM.

[11] DEFENDANT JOHN DOE LT OF THE HARLINGEN POLICE DEPARTMENT RESIDES OR WORKS AT 1102 South Commerce HARlingen Texas 78550 AND IS EMPOLYED BY THE HARLINGEN POLICE DEPARTMENT. THE DEFENDANT IS SUED IN HIS/HER[S] INDIVIDUAL, OFFICIAL CAPACITY FOR ABUSING HIS AUTHORITY OF STATE LAW IN ACTION TAKEN UNDER "COLOR OF LAW", BY GIVING THE RIGHT OF ACTION TAKEN AGAINST PLAINTIFF, TO DEPRIVE PLAINTIF OF HIS RIGHT S, PRIVILEGES, SECURED BY THE FEDERAL CONSTITUTION ,LT JOHN DOE ACTED IN CONNECTION WITH ARRESTING SWAT TEAM.

[12] DEFENDANT JOHN DOE POLICE OFFICER OF THE HARLINGEN POLICE DEPARTMENT RESIDES OR WORKS AT _1102 South Commerce Harlingen Texas 78550_ AND IS EMPLOYED BY THE HARLINGEN POLICE DEPARTMENT THE DEFENDANT IS SUED IN HIS/HER[S] individual, OFFICIAL CAPACITY BY NOT LEAVING WHEN PLAINTIFF REPEATLY ASKED TO BE LEFT ALONE, BECAUSE I DONE NOTHING WRONG OR HAVE I BROKE THE LAW OFFICER JOHN DOE CALLED FOR BACK-UP WITHOUT SEEING PLAINTIFF VIOLATE ANY STATE LAW[S] OR COMMON LAW[S] IN HIS PLAIN SIGHT.

## SUPPORTING FACTS

[1] ON 08-23-03 THERE WAS A KNOCK ON THE BEDROOM DOOR

[2] OFFICER JOHN DOE INDENTIFYING HIMSELF AS HARLINGEN POLICE DEPARMENT.

[3] PLAINTIFF ASKED OFFICER JOHN DOE TO LEAVE THE THE RESIDENCE AND QUIT HARRASSING HIM.

[4] OFFICER JOHN DOE CONTINUED TO HARRASSING AND INTERIGATING PLAINTIFF.

[5] PLAINTIFF REPEATEDLY ASK OFFICER JOHN DOE TO LEAVE AND STOP HARRASSING HIM.

[6] PLAINTIFF QUOTED HIS 2nd AMENDMENT RIGHT DUE TO THE CONTINUEING HARRASSMENT BY OFFICER JOHN DOE.

[7] FEW MINUTES PASSED AND THEIR WAS A KNOCK AT THE DOOR IDENTIFYING THEMSELVES AS SWAT.

[8] JOHN DOE OF SWAT ORDERED PLAINTIFF TO COME OUT OR THEY WOULD BE COMING IN.

[9] JOHN DOE OF SWAT ASKED PLAINTIFF IF HE HAD A GUN.

[10] JOHN DOE OF SWAT SAID THAT THEY RAN A CHECK AND IT CAME BACK CLEAR NO WARRANTR

[11] PLAINTIFF ASKED JOHN DOE OF SWAT THAN WHAT ARE YOU DOING HERE.

[12] JOHN DOE OF SWAT CHALLENGED PLAINTIFF TO A FIGHT USING VULGAR THREATENING WORDS TO DO BODILY INJURY TO PLAINTIFF.

[13] PLAINTIFF ASK JOHN DOE OF SWAT WHAT LAWS HAD I BROKEN.

[14] PLAINTIFF REPEATEDLY ASK THE JOHN DOE,S OF SWAT TO LEAVE AND QUIT HARRASSING AND THREATENING HIM.

[15] JOHN DOE OF SWAT SAID THAT I WAD GOING TO JAIL THAN PROCEEDED TO COME IN THE BEDROOM,ASSULT,ARREST PLAINTIFF.

[16] CHEIF JOHN DOE, CAPT JOHN DOE AND LT JOHN DOE GAVE THE OK TO INTER BEDROOM AND ARREST PLAINTIFF.

[17] IN THE MONTH OF NOVEMBER 2003 PLAINTIFF APPEARED BEFORE THE

HONORABLE STATE JUDGE ROBLES.

[16] JUDGE ROBLES ASKED THE PROSECUTING D A WHAT WAS SWAT TRYING TO DO, SAVE THE PLAINTIFF FROM HIMSELF?

[17] TRANSCRIPTS CAN BE OBTAINED THROUGH MS. CONNIE, JUDGE ROBLES CLERK.

## REQUEST FOR RELIEF

I BELIEVE THAT I AM ENTITLED TO THE FOLLOWING SPECFIC RELIEF: THIS HONORABLE COURT ISSUE A PROTECTIVE ORDER, ORDERING THE HARLINGEN POLICE DEPARTMENT TO NOT HARRASS OR INJURE PLAINTIFF. THIS COURT GRANT PUNITIVE DAMAGES IN THE AMOUNT OF 200,000.00 OR AS PROVIDED BY LAW ACCORDING TO THE EVIDENCE PRESENTED IN COURT. 100,000.00 FOR RENAMERTIVE DAMAGES FOR LOSS INCOME, DAMAGES TO REPUTATION, PAIN AND SUFFERING, COST OF THESE PROCEEDINGS, PLUS LEGAL INTERST FROM DATE OF JUDGMENT AND ALL OTHER COST DEEMED NECESSARY AND PROPER BY THIS HONORABLE COURT.

JOHN LEONARD FLOWERS JR
PRO-SE

*John F. Flowers Jr.*

12-27-04
DATE

# CERTIFICATE OF SERVICE

I, _John Leonard Flowers Jr_ hereby certify that I have served a true and correct copy of the following:

AMENDED PLEADINGS

Which is seemed filed at the time it was deliver to prison authorities for forwarding, _Houston v. Lack_ 101 L.Ed.2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Mr. Michael Milby, Clerk
U.S. District Court
600 East Harrison Room #306
Brownsville, Texas 78520

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: _27th_ day of: _December 2004_

_John F. Flowers Jr_
(Name)

_1117 South D._
(Address)

_Harlingen Tx. 78550_
(City/State/Zip)