LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

January 11, 2005

Mr. Michael Milby, Clerk                                              Via E-File
**U.S. DISTRICT COURT**
600 East Harrison Room #306
Brownsville, Texas 78520

**Re:    Case No. B-04-085, John Leonard Flowers, Jr. v. City of Harlingen, Connie de la Garza Mayor, Harlingen City Police Department, and Chief Blake**
**Our File No. H-1108**

Dear Mr Milby:

Pursuant to the Local Rules of Federal Procedure, please find enclosed herewith for filing among the papers in the above referenced cause the following:

1. **Defendants' (1) Motion to Dismiss Amended Pleadings Under Rule 12(b) for Failure to State a Claim, (2) Motion to Dismiss Amended Pleadings Based on Qualified Immunity, and (3) Motion to Dismiss Amended Pleadings Under 28 U.S.C. §1915(e)(2)(B)(i, ii)** and

2. **Order Granting Defendants' (1) Motion to Dismiss Amended Pleadings Under Rule 12(b) for Failure to State a Claim, (2) Motion to Dismiss Amended Pleadings Based on Qualified Immunity, and (3) Motion to Dismiss Amended Pleadings Under 28 U.S.C. §1915(e)(2)(B)(i, ii)**

By copy of this letter, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:     Case No. B-04-085, Flowers v. City of Harlingen, et al.
January 11, 2005
Page 2


cc: (w/enc.)

John Leonard Flowers                                    *CM/RRR 7003 0500 0002 3732 4703*
1117 South D Street
Harlingen, Texas 78550