UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR. | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-04-085 |
| | § | |
| CITY OF HARLINGEN, CONNIE DE | § | |
| LA GARZA MAYOR, HARLINGEN CITY | § | |
| POLICE DEPARTMENT, CHIEF BLAKE | § | |
| AND XYZ INSURANCE CO. | § | |
| Defendants | § | |

ORDER GRANTING ON DEFENDANTS' (1) MOTIONS TO DISMISS
AMENDED PLEADINGS UNDER RULE 12(b) FOR FAILURE TO STATE A CLAIM, (2)
MOTION TO DISMISS AMENDED PLEADINGS BASED ON QUALIFIED IMMUNITY,
AND (3) MOTION TO DISMISS AMENDED PLEADINGS
UNDER 28 U.S.C. §1915(e)(2)(B)(i, ii)

BE IT REMEMBERED on this ___ day of _____, 2005, came to be considered Defendants' (1) Motions to Dismiss Amended Pleadings Under Rule 12(b) for Failure to State a Claim, (2) Motion to Dismiss Amended Pleadings Based on Qualified Immunity, and (3) Motion to Dismiss Amended Pleadings Under 28 U.S.C. §1915(e)(2)(B)(i, ii) and upon consideration, Plaintiff's Amended Pleadings, the Motions, and any responses or replies on file, the Court is of the opinion that Defendants' Motions should be granted.

IS THEREFORE ORDERED that Plaintiff's claims against Defendant City of Harlingen/City of Harlingen Police Department, Connie de la Garza (Individually and as his official capacity), and Chief Blake (Individually and in his official capacity) are dismissed.

SIGNED FOR ENTRY this ____ day of _____, 2005 at Brownsville, Texas.

_____
JUDGE PRESIDING