UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR.<br>Plaintiff | § § § | |
| V. | § § | CASE NO. B-04-085 |
| CITY OF HARLINGEN, CONNIE DE LA GARZA MAYOR, HARLINGEN CITY POLICE DEPARTMENT, CHIEF BLAKE AND XYZ INSURANCE CO.<br>Defendants | § § § § § § | |

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO ANSWER DEFENDANTS' DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants CITY OF HARLINGEN, CONNIE DE LA GARZA MAYOR, HARLINGEN CITY POLICE DEPARTMENT, AND CHIEF BLAKE and file their DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ANSWER DEFENDANTS' DISMISSAL, and would show this Court as follows:

**I. Status**

Defendants moved to dismiss under Rule 12(b) and 28 U.S.C. §1915(e)(2)(B). Dkt # 6. The Court ruled that Plaintiff's complaint was "confusing and lacking in legal substance," and ordered him to amend his complaint no later than October 15, 2004. Dkt # 7.

On December 28, Plaintiff filed (1) an Amended Pleadings (dkt #18) and (2) a Motion

ADAMS & GRAHAM, L.L.P.
Defendants' Response to Plaintiffs' Motion to Answer Defendants Dismissal
[10-fmg] C:\Files\H\H1108\Motions\Response 2 Answr Dism                                    Page 1 of 3

to Answer Defendants Dismissal (dkt #19). Defendants have moved to dismiss the Amended Pleadings. Dkt # 20.

## II.

The "motion" is not an actual motion; rather, it is a response to Defendants' first motion to dismiss (dkt #6). Defendants' second motion to dismiss (dkt#20) argues the authorities that disposes of the arguments raised in Plaintiff's "motion." Therefore, Defendants incorporate by reference the arguments and authorities in their second motion (dkt #19).

WHEREFORE, PREMISES CONSIDERED, Defendants CITY OF HARLINGEN, CONNIE DE LA GARZA MAYOR, HARLINGEN CITY POLICE DEPARTMENT, and CHIEF BLAKE pray that deny Plaintiff's motion and dismiss the Amended Pleadings.

Respectfully submitted,

By: /s/ *Roger W. Hughes*
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Phone 956/428-7495; Fax  956/428-2954

Attorneys for Defendants CITY OF HARLINGEN,

ADAMS & GRAHAM, L.L.P.
Defendants' Response to Plaintiffs' Motion to Answer Defendants Dismissal
[10-fmg] C:\Files\H\H1108\Motions\Response 2 Answr Dism                                                                                               Page 2 of 3

HARLINGEN POLICE DEPT., CONNIE DE LA GARZA, AND CHIEF BLAKE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 17th day of January 2005, to the following counsel of record and interested parties:

| | |
|---|---|
| John Leonard Flowers<br>1117 South D. Street<br>Harlingen, TX 78550 | *CM/RRR 7003 0500 0002 3732 3560* |

        /s/ *Roger W. Hughes*
ROGER W. HUGHES

ADAMS & GRAHAM, L.L.P.
Defendants' Response to Plaintiffs' Motion to Answer Defendants Dismissal
[10-fmg] C:\Files\H\H1108\Motions\Response 2 Answr Dism                    Page 3 of 3