United States District Court
Southern District of Texas
FILED

MAY 2 3 2005

Michael N. Milby
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Mr. John Leonard Flowers, Jr.
1117 South F Street
Harlingen, TX 78550

Street, Apt. No.;
or PO Box No.
CA-B04-85   (5/23/05 R&R)
City, State, ZIP+4

7003 1010 0003 6967 3099

PS Form 3800, June 2002   See Reverse for Instructions