United States District Court
Southern District of Texas
FILED

JUN 1 7 2005

Michael N. Milby
Clerk of Court

B-04 cv 85



CERTIFIED MAIL

7003 1010 0003 6967 3099

CHAMBERS OF
cio, U.S. Magistrate Judge
TATES DISTRICT COURT
hern District of Texas
ral Building & Courtho
5 E. Harrison #203
nsville, TX 78520-7

Y FOR PRIVATE USE $300

McALLEN, TX 785
PM
16 JUN
2005

McALLEN, TX
16 JUN
2005

RETURNED
TO SENDER

REASON CHECKED

notified 5.25.05

Mr. John Leonard Flowers, Jr.
11

**SENDER:**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John Leonard Flowers, Jr.
1117 South "D" Street
Harlingen, TX  78550

CA B04-85  (5/23/04 R&R)

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 1010 0003 6967 3099

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

OPINION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-085 |
| | § | |
| CITY OF HARLINGEN, CONNIE DE LA | § | |
| GARZA MAYOR, HARLINGEN CITY | § | |
| POLICE DEPARTMENT, CHIEF BLAKE | § | |
| AND XYZ INSURANCE CO., | § | |
| Defendants. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Plaintiff John Leonard Flowers Jr.'s amended pleading in his suit against the City of Harlingen, various members of the Harlingen police force, and other local government officials (Docket No. 18). Defendants' motion to dismiss (Docket No. 20) will also herein be considered. For the reasons explained below, Defendants' motion to dismiss should be GRANTED and Plaintiff's suit DISMISSED.

### BACKGROUND

On August 24, 2003 Harlingen police officers arrested Plaintiff. It is the circumstances surrounding this arrest and the manner in which it was conducted that are at issue in this suit. Plaintiff claims that he was in his bedroom when, inexplicably, police officers knocked on his door and ordered him to come out. According to Plaintiff, he then proceeded to lecture the officers on the intricacies and importance of the Second Amendment right to bear arms. Shortly thereafter the Harlingen SWAT team arrived and Plaintiff was again ordered out of his room. He

1