# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O Box 61010
HOUSTON TEXAS 77208

www.txs.uscourts.gov



John Leonard Flowers
Fed#76937-079 United States Penitentiary
P.O. Box 26030
Beaumont Tx 77720

---

Case: 1:04-cv-00085   Instrument: 22   (13 pages)
Date: May 23, 2005
Control: 050532515
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
    and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
    and
Register on-line for a training class to receive your user privileges.

CLERK
NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

MOVED LEFT
NO ADDRESS
NIXIE
BEAUMONT, TX 77707

MOVED LEFT
NO ADDRESS
NIXIE
BEAUMONT, TX 77707

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 27 2005

MICHAEL N. MILBY, CLERK OF COURT