United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEONARD FLOWERS, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-085 |
| | § | |
| CITY OF HARLINGEN, CONNIE DE LA | § | |
| GARZA MAYOR, HARLINGEN CITY | § | |
| POLICE DEPARTMENT, CHIEF BLAKE | § | |
| AND XYZ INSURANCE CO., | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendants' motion to dismiss pursuant to FED. R. CIV. P. 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B) is GRANTED and that Plaintiff John Leonard Flower Jr.'s amended complaint is hereby DISMISSED with prejudice.

DONE at Brownsville, Texas this 5 day of July, 2005.

Hilda Tagle
United States District Judge