# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 - 2005

MICHAEL N. MILBY, CLERK OF COURT

John Leonard Flowers
Fed#76937-079 United States Penitentiary
P.O. Box 26030
Beaumont Tx 77720

---

Case: 1:04-cv-00085   Instrument: 26   (1 pages)
Date: Jul 6, 2005
Control: 05074578
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
            and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
            and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

$00.37

RETURN NOT DELIVERABLE AS ADDRESSED UNABLE

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 2 - 2005
MICHAEL N. MILBY, CLERK OF COURT